UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x Civil Action No.: CV-05-1334 (ARR)(MDG)

UNITED STATES OF AMERICA, §
§
        Plaintiff, §
  - against- §
§
JOHNNY ABREU, §
§
        Defendant. §
---------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2005 ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Johnny Abreu failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Johnny Abreu:

**Claim No. C99-07583W**

| | |
|---|---|
| Principal Balance: | $2,612.42 |
| Total Interest Accrued at 8.250%: | $1,755.58 |
| Filing and Service of Process: | ~~$290.00~~ |
| Subtotal: | ~~$4,658.00~~ |
| Attorney's Fees: | ~~$~~ |
| Total Owed: | $4,368.00 /rm |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        July 5, 2005

~~Allyne R. Ross~~ Robert C. Heinemann
~~United States District Judge~~ Clerk of Court